SCANNED at WVCF and Emailed on
11-27-23 by DJ - 16 pages.
(date)  (initials) (num)

STATE OF INDIANA       ) 
                       ) SS:
COUNTY OF Jackson      )

IN THE CIRCUIT COURT

OF _____ COUNTY

Devin James Dunn, 
            Plaintiff,

-v-

Richard Paynter, 
            Defendant.

(Type or print only the name of the first person you are suing. List everyone you are suing on page 2.)

Cause No.  2:23-cv-00537-MPB-MJD
(To be supplied by Clerk of Court)

**FILED**
**11/27/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## PRISONER COMPLAINT
## 42 U.S.C. § 1983

### I.   PARTIES

#### A.  PLAINTIFF INFORMATION

1. Name: Devin  James  Dunn     259132
         First  Middle  Last    DOC#

2. Place of Incarceration:   Wabash Valley Correctional Facility.

3. Address:   P.O. Box 1111, Carlisle, Indiana 47838.

4. Did the things you are suing about happen at your present place of incarceration?
   ( ) Yes   (X) No it happen at Jackson County Jail Brownstown/ 47220

5. Did the things that you are suing about happen:
   
   ( ) Before you were confined, or
   
   (X) When you were confined awaiting trial, or
   
   ( ) After conviction while serving a sentence.

#### B. DEFENDANT(S) INFORMATION

6. How many defendants are you suing:  4 .

BK1

[The defendants are the people you are suing. Print or type the defendant's name, job title, the state or local government agency the defendant works for, and the address of that government agency. Remember to include the defendant you named in the caption on page one. If you are suing more than one defendant, <u>number</u> them.]

| # | Defendant's Name | Job Title/Government | Work Address |
|---|---|---|---|
| 1) | Brad Barker | Conservation Officer | 4850 S. S.R. 446 Bloomington, IN 47_ |
| 2) | Adam Surface | Detective, Seymour Police Dept. | 205 N. Ewing St. Seymour, IN 47274 |
| 3) | Richard Poynter | Circuit Court Judge | 109 Sugar St. Ste. #130 Brownstown, Indiana 47220 |
| 4) | Mark Hollingsworth | Prosecutor | 109 Sugar St. Ste. #130 Brownstown, IN 47220 |

## II.   GRIEVANCE PROCEDURE

A.   Is there a prisoner grievance system that would allow you to file a grievance about the things you are suing about?

( )   Yes    (X)   No

B.   If yes, did you file a grievance about the things you are suing about?

( )   Yes [See *Plaintiff's Exhibits.*]

(X)   No [*Explain why you did not file a grievance.*] Because I'm suing for wrongful Incarceration. Therefore, I couldn't file a grievance for it while I was incarcerated.

---

## III.   CAUSE(S) OF ACTION WITH SUPPORTING FACTS

Write why you are suing each defendant. Write who, what, when, where, and how you believe your rights were violated. It is **VERY IMORTANT** that you use each defendant's name in describing what happened to you. If you do not write what each defendant did, the court will not know why you are suing that person and they will be dismissed from your suit.

Explain what constitutional or federal law right, privilege each defendant violated. Do not cite or quote cases or statutes. If you want to make legal arguments or citations, you must file a <u>separate</u> memorandum of law. <u>Do not</u> attach it to this complaint.

Write a new paragraph for each violation. Name each defendant involved in the violation and be certain to number you paragraphs.

1. •1) Brad Barker and Det. Adam Surface violated

BK1

my 4th Amendment Right by lying about having a Search Warrant to search a combination lock-style Safe, but come to find out, no search warrant was obtained and they (Barker & Surface) still broke open safe illegally which led to

2. me being arrested and my 4th Amendment and 14th Amendment Rights being violated.

• 2) The Honorable Richard Poynter violated my 14th Amendment by keeping me incarcerated for Fifteen (15)

3. months (64 weeks, 5 days & 17 hours), from 4/9/21 to 7/7/22 before dismissing my case, Cause # 36C01-2104-F2-12.

• 3) The Honorable Richard Poynter also violated my 8th Amendment Right by setting a excessive bail at my initial

4. hearing. After excessive bail was set I spent 9 months in jail before having a Bail Review Hearing on 1-6-22 where Hon. Richard Poynter denied my request for Bond Reduction after it was Proven that I was a Indigent Offender being represented by a Public Defender and being incarcerated for

5. 9 continuous months, unable to pay a $10,000 cash only bond which therefore violated my 8th Amendment Right about excessive bail.

- 4.) Deputy Prosecuting Attorney Mark Hollingsworth violated my 14th Amendment by allowing Deputy Brad Barker and Detective Corporal Adam Surface to lie about having a Search warrant in the Probable Cause Affidavit and Information Filed which led to me being arrested. He himself knew that no warrant was obtained Prior to my arrest and he (Mark Hollingsworth) still kept me incarcerated for fifteen (15) months trying to convict me until my Defense Attorney continuously asked for copies of all search warrants that Hollingsworth could not provide to my Attorney, then he files to dismiss cause #36C01-2104-F2-12 without Prejudice.

8. Deputy Prosecuting Attorney Mark Hollingsworth also violated my 8th Amendment Right by recommending a $10,000 cash only bond after I already requested to be represented by a Public Defender because I'm a Indigent Offender.

- 5.) Brad Barker and Det. Cpl. Adam Surface each violated my 14th Amendment Right by placing me under arrest after each officer deliberately lied under oath about having search warrants for the Safe they opened illegally which unfortunately led to me being arrested and incarcerated for 15 months before the Prosecuting

BK1

Attorney dismisses my case. (Cause #36C01-2104-F2-12)

11.

12.

13.

14.

15. _____

_____

_____

16. _____

_____

_____

17. _____

_____

_____

18. _____

_____

_____

19. _____

BK1

20. _____

21. _____

### IV. PREVIOUS LAWSUITS

Have you ever sued anyone for the same things you wrote about in this complaint?

( ) Yes   (✓) No

If yes, please answer the following.

Court: _____

Judge: _____   Docket Number: _____

Date Filed: _____   Date Closed: _____

BK1

## V.     RELIEF

Write exactly what you want the court to do for you. This court cannot order that a defendant be fired, investigated, or criminally prosecuted.

**NOTE: A lawsuit filed on this form cannot restore good time, expunge your record or get you released from custody.** For this type of relief, you must file a Habeas Corpus Petition under 28 U.S.C. § 2254.

- Punitive Damages - $75,000
- 8th Amendment Violations - $10,000 ($5,000 each) (2 violations)
- 14th Amendment Violations - $80,000 (4 violations @ $20,000 each)
- 4th Amendment Violations - ($30,000 each w/ 2 violations) $60,000
- 15 months of Incarceration - $2,500 per each month of Incarceration for a total of $37,500 for 15 months of Wrongful Incarceration
  - Total sum of Relief Plaintiff is seeking is ~~$~~ $332,500

Compensatory Damages for Wages Lost - $70,000 Physical + Mental Anguish

## VI.     JURY DEMAND

Pursuant to Federal Rules of Civil Procedure, Rule 38(b), Plaintiff respectfully demands a trial by jury of all triable issues involved in this action.

Devin Dunn
Plaintiff

RESPECTFULLY SUBMITTED THIS 27 DAY OF November, 2023.

Devin Dunn
Plaintiff

## VERIFICATION

I, Devin J. Dunn, hereby affirm under the penalties for perjury that the above and foregoing representations are true and correct to the best of my knowledge and belief.

_____
Plaintiff

## AFFIDAVIT OF SERVICE

I, Devin J. Dunn hereby certify that on this 27 day of November, 2023, a true and correct copy of the foregoing Prisoner Complaint 42 USC 1983 was served upon Richard Poynter ; by first class, postage prepaid, United States Mail.

_____
Plaintiff

## AFFIDAVIT OF SERVICE

I, the undersigned, hereby certify that on this 27 day of November, 2023, a true and correct copy of the foregoing Prisoner Complaint 42 U.S.C. § 1983 was served upon Richard Poynter , at Jackson County , Indiana ; by first class, postage prepaid, United States Mail.

_____
Plaintiff

BK1