UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DEVIN J. DUNN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:23-cv-00537-MPB-MJD ) |
| RICHARD POYNTER, ADAM SURFACE, BRAD BARKER, MARK HOLLINGSWORTH, | ) ) ) ) ) |
| Defendants. | ) |

### FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. The action is dismissed with prejudice.

Date: May 30, 2024

*Matthew P. Brookman*

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

DEVIN J. DUNN
259132
WABASH VALLEY - CF
Wabash Valley Correctional Facility
6908 S. Old US Hwy 41
CARLISLE, IN 47838